# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Tampa Division

Case No. 8:26-CV-3121-WFJ-NHA
*(to be filled in by the Clerk's Office)*

Ivory Hernandez

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Rosetta Technologies Corporation

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ivory Hernandez |
| Street Address | 2205 Davis Street |
| City and County | Tampa, Hillsborough County |
| State and Zip Code | Florida 33605 |
| Telephone Number | (813) 302-7044 |
| E-mail Address | magiadiaria@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

TPA 75040 #405.

Defendant No. 1

| | |
|---|---|
| Name | Rosetta Technologies Corporation |
| Job or Title *(if known)* | Corporation (Plaintiff's former employer) |
| Street Address | 5912 Breckenridge Parkway Suite B |
| City and County | Tampa, Hillsborough County |
| State and Zip Code | Florida, 33610 |
| Telephone Number | (800) 937-4224 |
| E-mail Address *(if known)* | srevak@rosettatechnologies.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Rosetta Technologies Corporation |
| Street Address | 5912 Breckenridge Parkway Suite B |
| City and County | Tampa, Hillsborough County |
| State and Zip Code | Florida, 33610 |
| Telephone Number | (800) 937-4224 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:

42 U.S.C. § 1981 (race discrimination and retaliation)

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: Harassment and hostile work environment (January 2025 through July 2025); placement on a performance improvement plan containing false statements (on or about July 17, 2025); and constructive discharge, being forced to resign under duress (on or about July 27, 2025).

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

From on or about January 25, 2025 through on or about July 27, 2025, including a meeting on or about July 17, 2025.

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race — Plaintiff is a mixed-race man.
- ☒ color — Plaintiff has a dark skin complexion.
- ☒ gender/sex — Plaintiff is male.
- ☒ religion — Plaintiff is Christian.
- ☒ national origin — Plaintiff is originally from Cuba.
- ☒ age *(year of birth)* 1970 *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

1. Plaintiff is a mixed-race man with a dark skin complexion who is originally from Cuba, is a Christian, and was born in 1970. Plaintiff holds a Postgraduate Degree in Computer Science from an accredited U.S. public university and has worked in the software industry and computer engineering fields for about 20 years.

2. Defendant hired Plaintiff as a Senior Software Engineer in May 2015. Plaintiff most recently held the position of Software Department Manager. During 2024 and 2025, Defendant employed approximately 25 employees.

3. In or around January 2025, after Defendant's founding CEO died and was replaced by a new CEO, Plaintiff began to be subjected to harassment by Defendant's management and by coworkers. This continued until Plaintiff's resignation took effect on or about July 27, 2025.

4. The harassment included, among other things: (a) bullying; (b) Defendant failing to update Plaintiff's title in its payroll system, while it did update the titles of other employees; (c) attempts to damage Plaintiff's professional reputation by blaming Plaintiff for errors made by others; and (d) coworkers falsely stating that software Plaintiff produced was malfunctioning.

5. Defendant's Human Resources Manager called Plaintiff "Denzel," a reference to the actor Denzel Washington.

6. Defendant denied several of Plaintiff's requests for paid time off (PTO), while coworkers with similar responsibilities were not denied PTO.

7. Defendant excluded Plaintiff from relevant meetings, undermined Plaintiff's position by going around Plaintiff, and set unreasonable expectations in complete disregard of Plaintiff's professional assessments.

8. On more than one occasion, Defendant's new CEO, in a private setting, directed abusive and intimidating words at Plaintiff.

9. Plaintiff expressed opposition to each of these actions.

10. On or about July 17, 2025, Plaintiff was called into a meeting with Defendant's Sales Manager and a Human Resources representative, who attempted to place Plaintiff on a performance improvement plan (PIP). The PIP contained incorrect statements that Plaintiff had communication issues and was obstructing the progress of projects. Plaintiff did not sign the PIP.

11. Because of this treatment, Plaintiff felt there was no other choice but to resign under duress, and Plaintiff submitted a resignation letter on or about July 17, 2025.

12. Defendant subjected Plaintiff to this treatment because of Plaintiff's race, color, sex, religion, national origin, and age, and in retaliation for Plaintiff's opposition to the treatment described above.

13. A copy of the Notice of Right to Sue is attached as Exhibit A, and a redacted copy of Plaintiff's Charge of Discrimination is attached as Exhibit B.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

On or about May 9, 2026 (dual-filed with the Florida Commission on Human Relations)

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 7/16/2026 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff asks the Court to enter judgment in Plaintiff's favor and against Defendant and to award:

1. Back pay, including lost wages and benefits, from on or about July 27, 2025 through the date of judgment, in an amount to be proven at trial (currently estimated at $120,000, based on Plaintiff's former salary of $89,400 per year plus benefits);

2. Front pay in place of reinstatement, in an amount to be determined by the Court;

3. Compensatory and punitive damages under Title VII in the combined amount of $50,000, the maximum abided by 42 U.S.C. § 1981a(b)(3)(A) for an employer with more than 14 and fewer than 101 employees, because Defendant acted with malice or reckless indifference to Plaintiff's federally protected rights;

4. Compensatory damages under 42 U.S.C. § 1981 for emotional distress, humiliation, damage to professional reputation, and other non-economic losses, in the amount of $250,000;

5. Punitive damages under 42 U.S.C. § 1981, because Defendant acted with malice or reckless indifference to Plaintiff's federally protected rights, in the amount of $250,000;

6. Liquidated damages under the Age Discrimination in Employment Act for willful violations, in an amount equal to the back pay awarded;

7. Pre-judgment and post-judgment interest;

8. Costs of this action; and

9. Any other relief the Court finds just and proper.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/14/2026

Signature of Plaintiff

Printed Name of Plaintiff Ivory Hernandez

**B. For Attorneys**

Date of signing: ______________

Signature of Attorney ____________________________________________

Printed Name of Attorney ____________________________________________

Bar Number ____________________________________________

Name of Law Firm ____________________________________________

Street Address ____________________________________________

State and Zip Code ____________________________________________

Telephone Number ____________________________________________

E-mail Address ____________________________________________